UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -v-                             :    UNSEALING ORDER
                                        :
YOUSEF BOUSHVASH,                       :    07 Cr. 1056
    a/k/a "Yousef Boush Vash,"          :
    a/k/a "Yousef Jafar Boushvash,"     :
    a/k/a "Pol Nelson,"                 :
    a/k/a "Enrico Lasterra Sanchez,"    :
    a/k/a "Constantinos Kepas,"         :
                                        :
        Defendant.                      :
                                        :
- - - - - - - - - - - - - - - - - - - - x

    Upon the application of the United States of America, by and through its counsel, Michael J. Garcia, United States Attorney for the Southern District of New York, and Christopher L. LaVigne, Assistant United States Attorney, the above-captioned Indictment and Arrest Warrant, attached hereto as Exhibit A and sealed on November 20, 2007, shall be unsealed for all purposes.

Dated: December 13, 2007

                                    _____
                                    THEODORE H. KATZ
                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07